# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4057 Direct
(212) 972-3213 Fax
jacksonlewis.com

April 23, 2026

**MEMO ENDORSED**

**VIA ECF**
The Hon. Edgardo Ramos U.S.D.J.
Southern District of New York
Thurgood Marshall U.S.Courthouse
40 Foley Square
New York, NY 10007

Re:   **Rosalina Lizama v. Milrose Consultants, Inc.**
      **Civil Action No. 26-cv-01280 (ER)**

Dear Judge Ramos:

This office represents Defendant Milrose Consultants, Inc. ("Milrose" or "Defendant") in the above-referenced matter. Defendant writes pursuant to Rule 1(E) of Your Honor's Individual Practices, and with the consent of Plaintiff's counsel, Jeffrey Maguire, Esq., to respectfully request an extension of the deadline for Defendant to answer, move or otherwise respond to the Complaint from April 15, 2026 up to and through May 29, 2026, nunc pro tunc. This is Defendant's first request for an extension of time.

The undersigned was recently retained in this matter. Accordingly, this request is necessary to allow Defendant sufficient time to complete its investigation into the allegations set forth in the Complaint and prepare a response. This requested extension will not affect any deadlines.

Accordingly, Defendant respectfully requests that the Court extend the deadline to answer, respond or otherwise move with respect to the Complaint to May 29, 2026, nunc pro tunc. Thank you for your consideration of this request.

Respectfully submitted,

JACKSON LEWIS P.C.

Joseph Anci

cc:   All Parties.
      (via ECF)

The request is granted. Milrose is directed to answer or otherwise respond to the complaint by May 29, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: April 24, 2026
New York, New York